IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

## 05-CV-1309

JUL 1 4 2005

**GREGORY C. LANGHAM**
CLERK

Civil Action No. _____
(To be supplied by the court)

_____*Shane burden*_____, Plaintiff,

v.

*M. Cox Judge acting under color of Law (sic)*
*in his offical capacity*

_____,

_____,

**RECEIVED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 6 - 2005

GREGORY C. LANGHAM
CLERK

_____,

_____,

_____,

_____,

_____, Defendant(s).

(List each named defendant on a separate line.)

---

### PRISONER COMPLAINT

---

(Rev. 4/15/02)

## A. PARTIES

1. _Shane Burden  04-2631  Po Box 500/ Brighton co 8601_
   (Plaintiff's name, prisoner identification number, and complete mailing address)

2. _M. Cox  Judge (SIC) under color Law_  _in His official Capacity_
   (Name, title, and address of first defendant)

   _Justice Center 1100 Judicial center dr Brighton co 80601_

   At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ✓ Yes ___ No (CHECK ONE).  Briefly explain your answer:

   _Adams County Judge_

3. _N/a_
   (Name, title, and address of second defendant)

   At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ___ Yes ___ No (CHECK ONE).  Briefly explain your answer:

4. _N/a_
   (Name, title, and address of third defendant)

   At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ___ Yes ___ No (CHECK ONE).  Briefly explain your answer:

(If you are suing more than three defendants, use extra paper to provide the information requested above for each additional defendant.  The information about additional defendants should be labeled "A. PARTIES.")

(Rev. 4/15/02)                                    2

## B. JURISDICTION

1. I assert jurisdiction over my civil rights claim(s) pursuant to:  (check one if applicable)

   ✓  28 U.S.C. § 1343 and 42 U.S.C. § 1983 (state prisoners)

   ___  28 U.S.C. § 1331 and *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal prisoners)

2. I assert jurisdiction pursuant to the following additional or alternative statutes (if any):

   _____

   _____

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case.  If more space is needed to describe the nature of the case, use extra paper to complete this section.  The additional allegations regarding the nature of the case should be labeled "C. NATURE OF THE CASE."

On 6-23-04 an incedent ocured in west minster. I Had Court on 6-24-04 at Municipal Court for what should of Been my Arraignment Date. on 7-28-2004 Case was Dissmissed. I got a piece of paper (Court minutes) Certifcate of Mailing Dated 7-30-2004. titled Motion To Dismiss. as I Read on it says Line one order dissmissing This action without preJudice? Some How or another I found my self in one Judge Cox's Court Room on 8-16-2004 for what Would Be my second Arraignment okok now my Trial Date did not ocure intell 2-7-2005 Thats 172 Days Past my second Arraignment Date and way Past my first. Crmc P Rule 248 B.

(Rev. 4/15/02)              3

7

## D. CAUSE OF ACTION

State concisely every claim that you wish to assert in this action. For each claim, specify the right that allegedly has been violated and state all supporting facts that you consider important, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific cases to support your claim(s). If additional space is needed to describe any claim or to assert more than three claims, use extra paper to continue that claim or to assert the additional claim(s). The additional pages regarding the cause of action should be labeled "D. CAUSE OF ACTION."

1.   Claim One: _A Buse of power_

    Supporting Facts:

On 10-26-2004 in motions the time Line of my speedy Trial came up. I've Been Trying to find proof. I said to Judge isn't speedy Trial 90 days. He Said nope nope 180 days

2. Claim Two: _A Buse  Discreation_

Supporting Facts:

on 10-26-2004 I ask the Question about speedy Trial. the Judge knew He was Right and did Not ever give the Convict a second guess. So in Not even checking into it He abused His Discreation

3. Claim Three: (CrmCP) Court Rules Municipal Court procedure

   Supporting Facts:

In The Book I Read Titled CrmCP I Read a Rule Number 248 sub (B) and it stated any court only Has (90) days in witch to compleat a trial from ARRaignment ☺

ARRaignment Date 3-16-2004
~~Tralt~~ Trial Date  2-7-2005  A Long time

Its about 172 days = 172-90 = 82 Day way to Long

## 4. Claim Four: abuse of Judical Discreation

In Lamens tearms it means one court Can not super sead over another after one Has dropped it. To me it says. me and you get into a fight and we talk it out. But your Big Brother Hears about it and He Beats me up Because Hes Bigger

OUCH

## E. PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? _V_ Yes ___ No (CHECK ONE). If your answer is "Yes," complete this section of the form. If you have filed more than one lawsuit in the past, use extra paper to provide the necessary information for each additional lawsuit. The information about additional lawsuits should be labeled "E. PREVIOUS LAWSUITS."

1. Name(s) of defendant(s) in prior lawsuit:

   *Westminster P.D*

2. Docket number and court name:

   05-CV-00085-oes

   *04-0-2300(Pac) / 05-00085-oes*

3. Claims raised in prior lawsuit:

   *ass/tive Pattern*

4. Disposition of prior lawsuit (for example, is the prior lawsuit still pending? Was it dismissed?):

   *Waiting*

5. If the prior lawsuit was dismissed, when was it dismissed and why?

   *n/a*

6. Result(s) of any appeal in the prior lawsuit:

   *n/a*

## F. ADMINISTRATIVE RELIEF

1. Is there a formal grievance procedure at the institution in which you are confined?

   _✓_ Yes ___ No (CHECK ONE).

2. Have you exhausted the available administrative remedies? Attach copies, if available.

   ___ Yes _✓_ No (CHECK ONE). Briefly explain your answer:

   *Im past the time Bar Befor it*
   *Aeffected me.*

## G. REQUEST FOR RELIEF

State the relief you are requesting.  If you need more space to complete this section, use extra paper.  The additional requests for relief should be labeled "G. REQUEST FOR RELIEF."

I belive im intitled To $3000,000.00 for pain and suffering. I v Lost 2 things that were Priceless. Ive all most Lost my Life at Least once

Over 370 Days in Jail

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct.  *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on ___2-25 2005___
(Date)

2-5-2005

___(Prisoner's Original Signature)___

(Rev. 4/15/02)

## CERTIFICATE OF SERVICE

I do hereby certify that I have sent a true and correct copy of this foregoing document

this _____ 5 TH _____ day of _____ July _____, _____ 2005 _____.

by way of _____ First Class mail _____

to the following:

Clerk of the Court                    Prisoner Complaint
901-19 TH st Room A105                plus 2 Copys
    80294-3589


N. Cox Judge acting under Color of Law(sic) in His
Justice center                                    Offical Capacity
1100 Judicial center dr
Brighton CO
        80601                        Prisoner Complaint

_____,

signature

## CERTIFICATE OF SERVICE

I do hereby certify that I have sent a true and correct copy of this foregoing document

this _____ 5th _____ day of _____ July _____, 2005 .

By way of _____ First Class Mail _____

to the following:

Clerk of the Court
901-19th st  Room A105
Denver  CO
        80294-3589

3 Hand written

Prisoner Complaints

Cox Judge acting under Color of Law (Sic) in His
                                                         offical Capacity
Justice Center.
1100 Judicial center or
    Brighton. CO  80601
_____
signature